No. 532. SIMON HECHT ET AL., TRUSTEES, v. JOHN F. MALLEY, FORMER COLLECTOR OF INTERNAL REVENUE;

No. 533. ARTHUR L. HOWARD ET AL., TRUSTEES, v. JOHN F. MALLEY, FORMER COLLECTOR OF INTERNAL REVENUE; and

No. 534. ARTHUR L. HOWARD ET AL., TRUSTEES, v. ANDREW J. CASEY, FORMER ACTING COLLECTOR OF INTERNAL REVENUE. October 23, 1922. Petition for writs of cer-

tiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Edward F. McClennen, Mr. William H. Dunbar* and *Mr. Allison L. Newton* for petitioners. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Ottinger* and *Mr. Harvey B. Cox* for respondents.